IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:05-CV-478-BO

| | | |
|---|---|---|
| GEORGIA-PACIFIC CORPORATION | ) | |
| Plaintiff | ) | |
| vs. | ) | ORDER |
| | ) | |
| VON DREHLE CORPORATION, | ) | |
| a North Carolina Corporation | ) | |
| Defendant | ) | |

This matter is before this Court upon the Plaintiff's Consent Motion to Amend Caption. It appearing to the Court that good cause shown and with the consent of the defendant, that the caption in this matter is hereby amended to replace Plaintiff Georgia Pacific Corporation with Plaintiff Georgia-Pacific Consumer Products, LP.

The Clerk is hereby directed to amend the docket sheet to reflect Georgia-Pacific Consumer Products, LP as the Plaintiff in this action.

ORDERED this the 7 day of November, 2007.

Honorable Terrence W. Boyle
U.S. District Court Judge