IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-CV-478-BO(1)

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | O R D E R |
| VON DREHLE CORPORATION, a North Carolina Corporation, | ) ) ) | |
| Defendant. | ) | |

The court has pending before it summary judgment motions filed by the plaintiff, seeking a judgment as a matter of law on plaintiff's claims and foreclosing the defendant's claims as a matter of law.

Likewise, the defendant has corresponding motions for summary judgment on its claims and opposing plaintiff's claims. There are also motions pending to exclude testimony and expert evidence. The court has reviewed the exhaustive filings by the parties and finds that sufficient contested material issues remain in controversy and foreclose an award of summary judgment to either party. The motions for summary judgment are denied. The other pending motions regarding testimony of experts and evidence are likewise denied.

This 29th day of March, 2008.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE