<pre>
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF NORTH CAROLINA
                          WESTERN DIVISION
                           5:05-cv-478-BO
</pre>

Georgia Pacific Consumer Products, LP,   )
    Plaintiff and Counter Defendant,   )
                                                  )
v.                                               )            **JUDGMENT**
                                                 )
Von Drehle Corporation,   )
    Defendant and Counter Plaintiff.   )

**Decision by Court.** This action came before the Honorable Terrence W. Boyle, United States District Judge, for the consideration of Parties' Cross Motions for Summary Judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court GRANTS Von Drehle's Motion for Summary Judgment on Georgia Pacific's claims, GRANTS Georgia Pacific's Motion for Summary Judgment on Von Drehle's counterclaims, and DENIES Von Drehle's Motion for Summary Judgment as to its Fourth Counterclaim.

**This Judgment Filed and Entered on August 17, 2009, and Copies To:**

Douglas W. Kenyon/Robert C. Van Arnam (via CM/ECF Notice of Electronic Filing)

Albert P. Allan/David W. Hood (via CM/ECF Notice of Electronic Filing)


August 17, 2009                                    /s/ Dennis P. Iavarone,
                                                      Clerk of Court