THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5-05-CV-478-BO(1)

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, | ) ) ) | |
| Plaintiff, | ) ) | GEORGIA-PACIFIC'S BILL OF COSTS |
| v. | ) ) | |
| VON DREHLE CORPORATION, | ) ) | |
| Defendant. | ) ) | |

# EXHIBIT B:

Invoices related to Fees for Service of Summons and Subpoenas
(Including spreadsheet summarizing fees)



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: FR790684
DATE: 09/19/2005

| CLIENT NAME: | GEORGIA PACIFIC LLC |
|---|---|
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending July 31, 2005 per the attached itemization:

### CURRENT INVOICE SUMMARY

**RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3566615, Date: 09/19/2005

| | | | |
|---|---|---|---|
| HUNTON & WILLIAMS LLP | | INVOICE: | FR790684 |
| CLIENT NAME: GEORGIA PACIFIC LLC | | DATE: | 09/19/2005 |
| FILE NUMBER: 29073.000347 | | PAGE: | 4 |

## TIME SUMMARY BY TASK CODE

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|
| | | | |

## FOR COSTS ADVANCED AND EXPENSES INCURRED

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E113 | Subpoena Fees | 75.00 |

**TOTAL CURRENT EXPENSES ($)**

## INVOICE SUMMARY

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: F892134
DATE: 12/09/2005

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| --- | --- |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending November 30, 2005 per the attached itemization:

## CURRENT INVOICE SUMMARY

**RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3605134, Date: 12/09/2005

| | | | | | |
|---|---|---|---|---|---|
| HUNTON & WILLIAMS LLP | | | INVOICE: | F892134 | |
| CLIENT NAME: | GEORGIA PACIFIC LLC | | DATE: | 12/09/2005 | |
| FILE NUMBER: | 29073.000347 | | PAGE: | 5 | |

## TIMEKEEPER SUMMARY

| TIMEKEEPER | STATUS | HOURS | RATE | VALUE |
|---|---|---|---|---|
| | | | | |

**TOTAL FEES ($)**

## TIME SUMMARY BY TASK CODE

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|
| | | | |

## FOR COSTS ADVANCED AND EXPENSES INCURRED

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E113 | Subpoena Fees | 651.00 |

**TOTAL CURRENT EXPENSES ($)**

## INVOICE SUMMARY

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



# HUNTON&
# WILLIAMS

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: F941882
DATE: 02/22/2006

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| --- | --- |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending January 31, 2006 per the attached itemization:

## CURRENT INVOICE SUMMARY

**RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**
**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3625782, Date: 02/22/2006

| | | | |
|---|---|---|---|
| HUNTON & WILLIAMS LLP | | INVOICE: | F941882 |
| CLIENT NAME: | GEORGIA PACIFIC LLC | DATE: | 02/22/2006 |
| FILE NUMBER: | 29073.000347 | PAGE: | 8 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E113 | Subpoena Fees | 136.50 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



# Hunton& Williams

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: G091702
DATE: 08/11/2006

| CLIENT NAME: | GEORGIA PACIFIC LLC |
|---|---|
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending July 31, 2006 per the attached itemization:

## CURRENT INVOICE SUMMARY

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

## OUTSTANDING INVOICE SUMMARY (FOR MATTER(S) ON THIS INVOICE):

| INVOICE | MATTER # | DATE | BALANCE |
|---|---|---|---|

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.
FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3672945, Date: 08/11/2006

| | | | |
|---|---|---|---|
| HUNTON & WILLIAMS LLP | | INVOICE: | G091702 |
| CLIENT NAME: | GEORGIA PACIFIC LLC | DATE: | 08/11/2006 |
| FILE NUMBER: | 29073.000347 | PAGE: | 25 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E113 | Subpoena Fees | 85.00 |

**INVOICE SUMMARY:**

Current Fees:
Current Charges:
**CURRENT INVOICE AMOUNT DUE:**



# HUNTON&
# WILLIAMS

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: G119044
DATE: 09/21/2006

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| --- | --- |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending August 31, 2006 per the attached itemization:

## CURRENT INVOICE SUMMARY

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**
**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3678662, Date: 09/21/2006

| HUNTON & WILLIAMS LLP | | INVOICE: | G119044 |
|---|---|---|---|
| CLIENT NAME: | GEORGIA PACIFIC LLC | DATE: | 09/21/2006 |
| FILE NUMBER: | 29073.000347 | PAGE: | 28 |

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|

### FOR COSTS ADVANCED AND EXPENSES INCURRED:

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E113 | Subpoena Fees | 190.00 |

### INVOICE SUMMARY:

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



# HUNTON&
# WILLIAMS

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

| | |
|---|---|
| FILE NUMBER: | 29073.000347 |
| INVOICE NUMBER: | EB158400 |
| DATE: | 11/21/2006 |

| | |
|---|---|
| **CLIENT NAME:** | **GEORGIA PACIFIC LLC** |
| **BILLING ATTORNEY:** | **THOMAS G. SLATER, JR.** |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending October 31, 2006 per the attached itemization:

## CURRENT INVOICE SUMMARY

**RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3694270, Date: 11/21/2006

| HUNTON & WILLIAMS LLP | | INVOICE: | EB158400 |
|---|---|---|---|
| CLIENT NAME: | GEORGIA PACIFIC LLC | DATE: | 11/21/2006 |
| FILE NUMBER: | 29073.000347 | PAGE: | 27 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E113 | Subpoena Fees | 105.00 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY**

Current Fees:
Current Charges:
**CURRENT INVOICE AMOUNT DUE:**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

| FILE NUMBER: | 29073.000347 |
| INVOICE NUMBER: | EB012730 |
| DATE: | 12/07/2006 |

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending November 30, 2006 per the attached itemization:

### CURRENT INVOICE SUMMARY

**RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3703219, Date: 12/07/2006

| | INVOICE: | EB012730 |
|---|---|---|
| HUNTON & WILLIAMS LLP | | |
| CLIENT NAME: GEORGIA PACIFIC LLC | DATE: | 12/07/2006 |
| FILE NUMBER: 29073.000347 | PAGE: | 22 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E113 | Subpoena Fees | 480.00 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



# HUNTON&
# WILLIAMS

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: EB016160
DATE: 01/26/2007

| CLIENT NAME: | GEORGIA PACIFIC LLC |
|---|---|
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending December 31, 2006 per the attached itemization:

## CURRENT INVOICE SUMMARY

**RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3719356, Date: 01/26/2007

| | | | |
|---|---|---|---|
| HUNTON & WILLIAMS LLP | | INVOICE: | EB016160 |
| CLIENT NAME: | GEORGIA PACIFIC LLC | DATE: | 01/26/2007 |
| FILE NUMBER: | 29073.000347 | PAGE: | 19 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E113 | Subpoena Fees | 257.03 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



# HUNTON&
# WILLIAMS

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: EBR030896
DATE: 06/01/2007

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| --- | --- |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending April 30, 2007 per the attached itemization:

### CURRENT INVOICE SUMMARY:

**RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3760627, Date: 06/01/2007

| | | | |
|---|---|---|---|
| HUNTON & WILLIAMS LLP | | INVOICE: | EBR030896 |
| CLIENT NAME: | GEORGIA PACIFIC LLC | DATE: | 06/01/2007 |
| FILE NUMBER: | 29073.000347 | PAGE: | 20 |

## TIME SUMMARY BY TASK CODE:

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|
| | | | |

## FOR COSTS ADVANCED AND EXPENSES INCURRED:

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E113 | Subpoena Fees | 220.74 |

**TOTAL CURRENT EXPENSES ($)**

## INVOICE SUMMARY:

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

Service of Subpoenas

| Date on Invoice | Narrative | Amount |
|---|---|---|
| 9/19/2005 | Subpoena Fees | $75.00 |
| 12/9/2005 | Subpoena Fees | $651.00 |
| 2/22/2006 | Subpoena Fees | $136.50 |
| 8/11/2006 | Subpoena Fees | $85.00 |
| 9/21/2006 | Subpoena Fees | $190.00 |
| 11/21/2006 | Subpoena Fees | $105.00 |
| 12/7/2006 | Subpoena Fees | $480.00 |
| 1/26/2007 | Subpoena Fees | $257.03 |
| 6/1/2007 | Subpoena Fees | $220.74 |
| | Total: | $2,200.27 |