**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**5-05-CV-478-BO(1)**

| | | |
|---|---|---|
| **GEORGIA-PACIFIC CONSUMER** | ) | |
| **PRODUCTS LP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **GEORGIA-PACIFIC'S BILL** |
| | ) | **OF COSTS** |
| **v.** | ) | |
| | ) | |
| **VON DREHLE CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## EXHIBIT C:

Invoices related to Fees for printed or electronically recorded transcripts
necessarily obtained for use in the case
(Including spreadsheet summarizing fees)


**HUNTON&
WILLIAMS**

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

| | |
|---|---|
| FILE NUMBER: | 29073.000347 |
| INVOICE NUMBER: | F990167 |
| DATE: | 04/20/2006 |

| | |
|---|---|
| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending March 31, 2006 per the attached itemization:

## CURRENT INVOICE SUMMARY

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3640200, Date: 04/20/2006

**FOR COSTS ADVANCED AND EXPENSES INCURRED**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E116 | Trial Transcripts | 118.80 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY**

Current Fees:
Current Charges:
**CURRENT INVOICE AMOUNT DUE:**

# Huseby, Inc. Charlotte

An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

**Bill To:** John G Maynard III Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

**Invoice #:** NC12323
**Invoice Date:** 07/19/2006
**Balance Due:** $ 0.00

**Case #:** 505CV478BO1

| | |
|---|---|
| **Case:** | Georgia Pacific Corporation v. Von Drehle Corporation et al |
| **Job #:** | 8307  \|  Job Date: 7/12/2006  \|  Delivery:  Expedited |
| **Billing Atty:** | John G Maynard III Esq |
| **Location:** | Hunton & Williams |
| | 101 South Tryon Street \| Suite 3500 Bank of America Plaza \| Charlo |
| **Sched Atty:** | John G Maynard III Esq |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Arthur Thomas | Transcript - Original & 1 copy | Page | 457.00 | $3.85 | $1,759.45 |
| 2 | | Attendance - Full Day | | 1.00 | $140.00 | $140.00 |
| 3 | | Exhibits | Per page | 470.00 | $0.30 | $141.00 |
| 4 | | Exhibit - color copying | Per page | 1.00 | $1.75 | $1.75 |
| 5 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 6 | | Delivery | Package | 1.00 | $20.00 | $20.00 |
| 7 | | Rough ASCII | Page | 407.00 | $1.30 | $529.10 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $2,691.30 |
| **Payment:** | ($2,691.30) |
| **Credits:** | |

| Fed. Tax ID: 20-3132569 | Term: Due Upon Receipt | **Balance Due:** | $0.00 |
|---|---|---|---|

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to:  **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #                          Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

**Invoice #:** NC12323
**Job #:** 8307
**Invoice Date:** 07/19/2006

**Balance :** $ 0.00

# Huseby, Inc Charlotte

An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

**Bill To:** John G Maynard III Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

**Invoice #:** NC12474
**Invoice Date:** 07/24/2006
**Balance Due:** $ 0.00

**Case #:** 505CV478BO1

**Case:** Georgia Pacific Corporation v. Von Drehle Corporation et al
**Job #:** 8309 | Job Date: 7/13/2006 | Delivery: Normal
**Billing Atty:** John G Maynard III Esq
**Location:** Hunton & Williams
101 South Tryon Street | Suite 3500 Bank of America Plaza | Charlo
**Sched Atty:** John G Maynard III Esq

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Jim Hayes | Transcript - Original & 1 copy | Page | 422.00 | $3.85 | $1,624.70 |
| 2 | | Attendance - Full Day | | 1.00 | $140.00 | $140.00 |
| 3 | | Exhibits | Per page | 255.00 | $0.30 | $76.50 |
| 4 | | CD Burn | Per CD | 1.00 | $75.00 | $75.00 |
| 5 | | Delivery | Package | 1.00 | $20.00 | $20.00 |
| 6 | | Rough ASCII | Page | 375.00 | $1.30 | $487.50 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $2,423.70 |
| Payment: | ($2,423.70) |
| Credits: | |

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

**Balance Due:** $0.00

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to:  **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

**Invoice #:** NC12474
**Job #:** 8309
**Invoice Date:** 07/24/2006

**Balance :** $ 0.00

**Bill To:** John G Maynard III Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

**Invoice #:** NC13356
**Invoice Date:** 08/15/2006
**Balance Due:** $ 0.00

**Case #:** 505CV478BO1

**Case:** Georgia Pacific Corporation v. Von Drehle Corporation et al
**Job #:** 8498 | Job Date: 8/7/2006 | Delivery: Normal
**Billing Atty:** John G Maynard III Esq
**Location:** Hunton & Williams
101 South Tryon Street | Suite 3500 Bank of America Plaza | Charlo
**Sched Atty:** John G Maynard III Esq

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Steven Von Drehle | Transcript - Original & 1 copy | Page | 382.00 | $5.78 | $2,207.96 |
| 2 | | Attendance - Full Day | | 1.00 | $140.00 | $140.00 |
| 3 | | Exhibits | Per page | 144.00 | $0.30 | $43.20 |
| 4 | | Exhibit - color copying | Per page | 33.00 | $1.75 | $57.75 |
| 5 | | CD Burn | Per CD | 1.00 | $75.00 | $75.00 |
| 6 | | Delivery | Package | 1.00 | $20.00 | $20.00 |
| 7 | | Rough ASCII | Page | 338.00 | $1.30 | $439.40 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $2,983.31 |
| Payment: | ($2,983.31) |
| Credits: | |

Fed. Tax ID: 20-3132569     Term: Due Upon Receipt

**Balance Due:** $0.00

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

**Invoice #:** NC13356
**Job #:** 8498
**Invoice Date:** 08/15/2006

Balance : $ 0.00

**Bill To:** John G Maynard III Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

| | |
|---|---|
| **Invoice #:** | NC13358 |
| **Invoice Date:** | 08/15/2006 |
| **Balance Due:** | $ 0.00 |

**Case #:** 505CV478BO1

**Case:** Georgia Pacific Corporation v. Von Drehle Corporation et al
**Job #:** 8951 | Job Date: 8/10/2006 | Delivery: Normal
**Billing Atty:** John G Maynard III Esq
**Location:** Hunton & Williams
101 South Tryon Street | Suite 3500 Bank of America Plaza | Charlo
**Sched Atty:** John G Maynard III Esq

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | James Tant | Transcript - Original & 1 copy | Page | 57.00 | $3.85 | $219.45 |
| 2 | | Attendance -Half Day | | 1.00 | $80.00 | $80.00 |
| 3 | | Exhibits | Per page | 26.00 | $0.30 | $7.80 |
| 4 | | Rough ASCII | Page | 49.00 | $1.30 | $63.70 |
| 5 | | CD Burn | Per CD | 1.00 | $75.00 | $75.00 |
| 6 | | Delivery | Package | 1.00 | $20.00 | $20.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $465.95 |
| **Payment:** | ($465.95) |
| **Credits:** | |
| **Balance Due:** | $0.00 |

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
**National Depo**
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC13358
Job #: 8951
Invoice Date: 08/15/2006

Balance : $ 0.00

# Huseby, Inc Charlotte

An Affiliate of National Depo

Tel: 704.333.9889
Fax: 704.372.4593

**Bill To:** John G Maynard III Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

| | |
|---|---|
| **Invoice #:** | NC13543 |
| **Invoice Date:** | 08/18/2006 |
| **Balance Due:** | $ 0.00 |

**Case #:** 505CV478BO1

**Case:** Georgia Pacific Corporation v. Von Drehle Corporation et al
**Job #:** 8500 | Job Date: 8/9/2006 | Delivery: Normal
**Billing Atty:** John G Maynard III Esq
**Location:** Hunton & Williams
101 South Tryon Street | Suite 3500 Bank of America Plaza | Charlo
**Sched Atty:** John G Maynard III Esq

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Steven Von Drehle Vol II | Transcript - Original & 1 copy | Page | 280.00 | $5.78 | $1,618.40 |
| 2 | | Attendance - Full Day | | 1.00 | $140.00 | $140.00 |
| 3 | | Exhibits | Per page | 73.00 | $0.30 | $21.90 |
| 4 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 5 | | Delivery | Package | 1.00 | $20.00 | $20.00 |
| 6 | | Rough ASCII | Page | 247.00 | $1.30 | $321.10 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | **$2,221.40** |
| **Payment:** | ($2,221.40) |
| **Credits:** | |
| **Balance Due:** | $0.00 |

Fed. Tax ID: 20-3132569   Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to:   **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

**Invoice #:** NC13543
**Job #:** 8500
**Invoice Date:** 08/18/2006

**Balance :** $ 0.00

**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: Thomas G Slater Jr Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

Invoice #: NC13581
Invoice Date: 08/21/2006
Balance Due: $ 0.00

Case #: 505CV478BO1

Case: Georgia Pacific Corporation v. Von Drehle Corporation et al
Job #: 9132 | Job Date: 8/15/2006 | Delivery: Normal
Billing Atty: Thomas G Slater Jr Esq
Location: Hunton & Williams
600 Peachtree Street Northeast | Suite 4100 | Atlanta, GA 30384

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | William D Sleeper | Copy | Page | 373.00 | $2.00 | $746.00 |
| 2 | | Exhibits | Per page | 250.00 | $0.30 | $75.00 |
| 3 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 4 | | Read & sign processing | Per page | 1.00 | $25.00 | $25.00 |
| 5 | | Delivery | Package | 1.00 | $20.00 | $20.00 |
| 6 | | Rough ASCII | Page | 311.00 | $1.30 | $404.30 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,370.30 |
| Payment: | ($1,370.30) |
| Credits: | |

Fed. Tax ID: 20-3132569 | Term: Due Upon Receipt

Balance Due: $0.00

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #                                    Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC13581
Job #: 9132
Invoice Date: 08/21/2006

Balance : $ 0.00

# Huseby, Inc Charlotte

An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

| Bill To: | John G Maynard III Esq |
| | Hunton & Williams LLP |
| | 951 East Byrd Street |
| | Riverfront Plaza, East Tower |
| | Richmond, VA 23219 |

**Invoice #:** NC13593
**Invoice Date:** 08/21/2006
**Balance Due:** $ 0.00

**Case #:** 505CV478BO1

---

**Case:** Georgia Pacific Corporation v. Von Drehle Corporation et al
**Job #:** 8499 | **Job Date:** 8/8/2006 | **Delivery:** Expedited
**Billing Atty: John G Maynard III Esq**
**Location:** Hunton & Williams
101 South Tryon Street | Suite 3500 Bank of America Plaza | Charlo
**Sched Atty:** John G Maynard III Esq

---

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Raymond Von Drehle | Transcript - Original & 1 copy | Page | 385.00 | $6.74 | $2,594.90 |
| 2 | | Attendance - Full Day | | 1.00 | $140.00 | $140.00 |
| 3 | | Exhibits | Per page | 79.00 | $0.30 | $23.70 |
| 4 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 5 | | Delivery | Package | 1.00 | $20.00 | $20.00 |
| 6 | | Rough ASCII | Page | 342.00 | $1.30 | $444.60 |

**Notes:**

| | |
|---|---|
| | **Invoice Total:** $3,323.20 |
| | **Payment:** ($3,323.20) |
| | **Credits:** |
| Fed. Tax ID: 20-3132569    Term: Due Upon Receipt | **Balance Due:** $0.00 |

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

**Invoice #:** NC13593
**Job #:** 8499
**Invoice Date:** 08/21/2006
**Balance :** $ 0.00

## Huseby, Inc Charlotte
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: John G Maynard III Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

Invoice #: NC13686
Invoice Date: 08/22/2006
Balance Due: $ 0.00

Case #: 505CV478BO1

Case: Georgia Pacific Corporation v. Von Drehle Corporation et al
Job #: 9010 | Job Date: 8/11/2006 | Delivery: Expedited
Billing Atty: John G Maynard III Esq
Location: Hunton & Williams
101 South Tryon Street | Suite 3500 Bank of America Plaza | Charlo
Sched Atty: John G Maynard III Esq

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Eric Caldwell | Transcript - Original & 1 copy | Page | 140.00 | $3.85 | $539.00 |
| 2 | | Attendance -Half Day | | 1.00 | $80.00 | $80.00 |
| 3 | | Rough ASCII | Page | 124.00 | $1.30 | $161.20 |
| 4 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 5 | | Delivery | Package | 1.00 | $20.00 | $20.00 |
| 6 | | Exhibits | Per page | 38.00 | $0.30 | $11.40 |

Notes:

| | |
|---|---|
| Invoice Total: | $911.60 |
| Payment: | ($911.60) |
| Credits: | |
| Balance Due: | $0.00 |

Fed. Tax ID: 20-3132569    Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC13686
Job #: 9010
Invoice Date: 08/22/2006

Balance : $ 0.00

**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

**Bill To:** Thomas G Slater Jr Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

| | |
|---|---|
| **Invoice #:** | NC13760 |
| **Invoice Date:** | 08/24/2006 |
| **Balance Due:** | $ 0.00 |

**Case #:** 505CV478BO1

**Case:** Georgia Pacific Corporation v. Von Drehle Corporation et al
**Job #:** 9133 | Job Date: 8/16/2006 | Delivery: Normal
**Billing Atty: Thomas G Slater Jr Esq**
**Location:** Hunton & Williams
600 Peachtree Street Northeast | Suite 4100 | Atlanta, GA 30384

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Kathleen Walters | Copy | Page | 400.00 | $2.00 | $800.00 |
| 2 | | Exhibits | Per page | 616.00 | $0.30 | $184.80 |
| 3 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 4 | | Read & sign processing | Per page | 1.00 | $25.00 | $25.00 |
| 5 | | Rough ASCII | Page | 350.00 | $1.30 | $455.00 |
| 6 | | Delivery | Package | 1.00 | $20.00 | $20.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,584.80 |
| **Payment:** | ($1,584.80) |
| **Credits:** | |
| **Balance Due:** | $0.00 |

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

TERMS:  Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:    National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #                          Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
**National Depo**
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC13760
Job #: 9133
Invoice Date: 08/24/2006

Balance : $ 0.00

# Huseby, Inc Charlotte

An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

| | |
|---|---|
| Bill To: John G Maynard III Esq<br>Hunton & Williams LLP<br>951 East Byrd Street<br>Riverfront Plaza, East Tower<br>Richmond, VA 23219 | Invoice #:   NC14306<br>Invoice Date:  09/08/2006<br>Balance Due:  $ 0.00<br><br>Case #:   505CV478BO1 |

**Case:** Georgia Pacific Corporation v. Von Drehle Corporation
**Job #:** 9135 | Job Date: 8/29/2006 | Delivery: Normal
**Billing Atty:** John G Maynard III Esq
**Location:** Hunton & Williams
600 Peachtree Street Northeast | Suite 4100 | Atlanta, GA 30384

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Norman K Romney | Copy | Page | 287.00 | $2.25 | $645.75 |
| 2 | | Rough ASCII | Page | 240.00 | $1.30 | $312.00 |
| 3 | | Exhibits | Per page | 29.00 | $0.30 | $8.70 |
| 4 | | Exhibit - color copying | Per page | 32.00 | $1.75 | $56.00 |
| 5 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 6 | | Delivery | Package | 1.00 | $20.00 | $20.00 |
| 7 | | Read & sign processing | Per page | 1.00 | $25.00 | $25.00 |

Notes:

| | |
|---|---|
| | Invoice Total: $1,167.45 |
| | Payment: ($1,167.45) |
| | Credits: |
| Fed. Tax ID: 20-3132569    Term: Due Upon Receipt | Balance Due: $0.00 |

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to:  **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC14306
Job #: 9135
Invoice Date: 09/08/2006

Balance : $ 0.00

# Huseby, Inc Charlotte

An Affiliate of National Depo

Tel: 704.333.9889
Fax: 704.372.4593

**Bill To:** John G Maynard III Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

| | |
|---|---|
| **Invoice #:** | NC14308 |
| **Invoice Date:** | 09/08/2006 |
| **Balance Due:** | $ 0.00 |

**Case #:** 505CV478BO1

---

**Case:** Georgia Pacific Corporation v. Von Drehle Corporation
**Job #:** 9136 | **Job Date:** 8/30/2006 | **Delivery:** Normal
**Billing Atty:** John G Maynard III Esq
**Location:** Hunton & Williams
600 Peachtree Street Northeast | Suite 4100 | Atlanta, GA 30384

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Nicholas P. Trainer Jr | Copy | Page | 314.00 | $2.25 | $706.50 |
| 2 | | Rough ASCII | Page | 279.00 | $1.30 | $362.70 |
| 3 | | Exhibits | Per page | 4.00 | $0.30 | $1.20 |
| 4 | | Read & sign processing | Per page | 1.00 | $25.00 | $25.00 |
| 5 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 6 | | Delivery | Package | 1.00 | $20.00 | $20.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,215.40 |
| **Payment:** | ($1,215.40) |
| **Credits:** | |
| **Balance Due:** | $0.00 |

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC14308
Job #: 9136
Invoice Date: 09/08/2006

Balance : $ 0.00

# Huseby, Inc Charlotte
## An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: John G Maynard III Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

Invoice #: NC14413
Invoice Date: 09/12/2006
Balance Due: $ 0.00

Case #: 505CV478BO1

---

**Case:** Georgia Pacific Corporation v. Von Drehle Corporation
**Job #:** 9137 | Job Date: 8/31/2006 | Delivery: Normal
**Billing Atty:** John G Maynard III Esq
**Location:** Hunton & Williams
600 Peachtree Street Northeast | Suite 4100 | Atlanta, GA 30384

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Dennis Shearer | Copy | Page | 385.00 | $2.00 | $770.00 |
| 2 | | Exhibits | Per page | 74.00 | $0.30 | $22.20 |
| 3 | | Exhibit - color copying | Per page | 2.00 | $1.75 | $3.50 |
| 4 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 5 | | Read & sign processing | Per page | 1.00 | $25.00 | $25.00 |
| 6 | | Delivery | Package | 1.00 | $20.00 | $20.00 |
| 7 | | Rough ASCII | Page | 341.00 | $1.30 | $443.30 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,384.00 |
| Payment: | ($1,384.00) |
| Credits: | |
| Balance Due: | $0.00 |

Fed. Tax ID: 20-3132569     Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC14413
Job #: 9137
Invoice Date: 09/12/2006

Balance : $ 0.00

**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: Thomas G Slater Jr Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

| Invoice #: | NC15168 |
|---|---|
| Invoice Date: | 09/29/2006 |
| Balance Due: | $ 0.00 |

Case #: 505CV478BO1

Case: Georgia Pacific Corporation v. Von Drehle Corporation
Job #: 10143 | Job Date: 9/26/2006 | Delivery: Normal
Billing Atty: Thomas G Slater Jr Esq
Location: Hunton & Williams
600 Peachtree Street Northeast | Suite 4100 | Atlanta, GA 30384

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | John Silk | Copy | Page | 323.00 | $2.00 | $646.00 |
| 2 | | Exhibits | Per page | 78.00 | $0.30 | $23.40 |
| 3 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 4 | | Read & sign processing | Per page | 1.00 | $25.00 | $25.00 |
| 5 | | Delivery | Package | 1.00 | $20.00 | $20.00 |
| 6 | | Rough ASCII | Page | 283.00 | $1.30 | $367.90 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,182.30 |
| Payment: | ($1,182.30) |
| Credits: | |
| Balance Due: | $0.00 |

Fed. Tax ID: 20-3132569     Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC15168
Job #: 10143
Invoice Date: 09/29/2006

Balance : $ 0.00

**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: Thomas G Slater Jr Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

Invoice #: NC15288
Invoice Date: 10/04/2006
Balance Due: $ 0.00

Case #: 505CV748BO1

Case: Georgia Pacific Corporation v. Von Drehle Corporation
Job #: 10142 | Job Date: 9/25/2006 | Delivery: Normal
Billing Atty: Thomas G Slater Jr Esq
Location: Hunton & Williams
600 Peachtree Street Northeast | Suite 4100 | Atlanta, GA 30384

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Craig Yardley | Copy | Page | 378.00 | $2.00 | $756.00 |
| 2 | | Exhibits | Per page | 120.00 | $0.30 | $36.00 |
| 3 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 4 | | Read & sign processing | Per page | 1.00 | $25.00 | $25.00 |
| 5 | | Delivery | Package | 1.00 | $20.00 | $20.00 |
| 6 | | Rough ASCII | Page | 334.00 | $1.30 | $434.20 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,371.20 |
| Payment: | ($1,371.20) |
| Credits: | |
| Balance Due: | $0.00 |

Fed. Tax ID: 20-3132569        Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC15288
Job #: 10142
Invoice Date: 10/04/2006

Balance : $ 0.00


**HUNTON &**
**WILLIAMS**

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: EB158400
DATE: 11/21/2006

| CLIENT NAME: | GEORGIA PACIFIC LLC |
|---|---|
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending October 31, 2006 per the attached itemization:

## CURRENT INVOICE SUMMARY

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3694270, Date: 11/21/2006

## FOR COSTS ADVANCED AND EXPENSES INCURRED

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| E116 | Trial Transcripts | 353.70 |

**TOTAL CURRENT EXPENSES ($)**

## INVOICE SUMMARY

Current Fees:

Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

| | |
|---|---|
| **Bill To:** Rob Van Arnum Esq<br>Hunton & Williams LLP<br>421 Fayetteville Street Mall<br>Suite 1400<br>Raleigh, NC 27602 | **Invoice #:** NC18649<br>**Invoice Date:** 12/29/2006<br>**Balance Due:** $ 0.00<br><br>**Case #:** 505CV478BO1 |

**Case:** Georgia Pacific Corporation v. Von Drehle Corporation
**Job #:** 11831 | Job Date: 12/12/2006 | Delivery: Normal
**Billing Atty:** Rob Van Arnum Esq
**Location:** Our Office
Stratis Business Centers | 7800 Airport Center Drive, Ste 401 | Greer

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Cary Duley | Copy | Page | 197.00 | $3.05 | $600.85 |
| 2 | | Exhibits | Per page | 57.00 | $0.30 | $17.10 |
| 3 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 4 | | Document Repository | 1 | 1.00 | $10.00 | $10.00 |
| 5 | | Delivery | Package | 1.00 | $20.00 | $20.00 |

**Notes:**

| | |
|---|---|
| | **Invoice Total:** $747.95 |
| | **Payment:** ($747.95) |
| | **Credits:** |

| Fed. Tax ID: 20-3132569 | Term: Due Upon Receipt | **Balance Due:** $0.00 |
|---|---|---|

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Make check payable to: National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

_____
Credit Card # _____ Exp. Date _____
    SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
    PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
    DAYTIME PHONE

**Please remit payment to:**
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

**Invoice #:** NC18649
**Job #:** 11831
**Invoice Date:** 12/29/2006

**Balance :** $ 0.00

**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

**Bill To:** Rob Van Arnum Esq
Hunton & Williams LLP
421 Fayetteville Street Mall
Suite 1400
Raleigh, NC 27602

**Invoice #:** NC18682
**Invoice Date:** 01/04/2007
**Balance Due:** $ 0.00

**Case #:** 505CV478BO1

**Case:** Georgia Pacific v. Von Drehle
**Job #:** 11830 | Job Date: 12/11/2006 | Delivery: Normal
**Billing Atty:** Rob Van Arnum Esq
**Location:** Our Office - Raleigh One
Office Suites Plus | 3737 Glenwood Avenue, Suite 100 | Raleigh, NC

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Mercer Stanfield | Transcript - Original & 1 copy | Page | 239.00 | $3.85 | $920.15 |
| 2 | | Attendance - Full Day | | 1.00 | $140.00 | $140.00 |
| 3 | | Exhibits | Per page | 108.00 | $0.30 | $32.40 |
| 4 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 5 | | Document Repository | 1 | 1.00 | $10.00 | $10.00 |
| 6 | | Delivery | Package | 1.00 | $20.00 | $20.00 |
| 7 | | Rough ASCII | Page | 174.00 | $1.30 | $226.20 |

Notes:

**Invoice Total:** $1,448.75
**Payment:** ($1,448.75)
**Credits:**
**Balance Due:** $0.00

Fed. Tax ID: 20-3132569        Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to:    National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)
_____

PRINT NAME (AS IT APPEARS ON CREDIT CARD)
_____

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

**Invoice #:** NC18682
**Job #:** 11830
**Invoice Date:** 01/04/2007

**Balance :** $ 0.00

**Huseby, Inc  Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: John G Maynard III Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

| | |
|---|---|
| Invoice #: | NC18891 |
| Invoice Date: | 01/08/2007 |
| Balance Due: | $ 0.00 |

Case #: 505CV478BO1

Case: Georgia Pacific Corporation v. Von Drehle Corporation
Job #: 12651  |  Job Date: 1/4/2007  |  Delivery:  Normal
Billing Atty: John G Maynard III Esq
Location: Hunton & Williams
101 South Tryon Street | Suite 3500 Bank of America Plaza | Charlo
Sched Atty: John G Maynard III Esq

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Steven Von Drehle | Transcript - Original & 1 copy | Page | 281.00 | $6.74 | $1,893.94 |
| 2 | | Attendance - Full Day | | 1.00 | $140.00 | $140.00 |
| 3 | | Exhibits | Per page | 237.00 | $0.30 | $71.10 |
| 4 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 5 | | Document Repository | 1 | 1.00 | $10.00 | $10.00 |
| 6 | | Rough ASCII | Page | 248.00 | $1.30 | $322.40 |
| 7 | | Delivery | Package | 1.00 | $20.00 | $20.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $2,557.44 |
| Payment: | ($2,557.44) |
| Credits: | |
| Balance Due: | $0.00 |

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to:   **National Depo**

☐ Visa ☐ MC ☐ Amex  ☐ Discover ☐  Lock Box

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
**National Depo**
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #:  NC18891
Job #:  12651
Invoice Date: 01/08/2007

Balance : $ 0.00

**Huseby, Inc  Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: John G Maynard III Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

Invoice #:     NC19039
Invoice Date:  01/12/2007
Balance Due:   $ 0.00

Case #:        505CV478BO1

Case:     Georgia Pacific Corporation v. Von Drehle Corporation
Job #:    11789  |  Job Date: 1/9/2007  |  Delivery:  Expedited
Billing Atty: John G Maynard III Esq
Location:   Hunton & Williams
            600 Peachtree Street Northeast | Suite 4100 | Atlanta, GA 30384
Sched Atty: John G Maynard III Esq

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Kenneth Hollander | Transcript - Original & 1 copy | Page | 308.00 | $6.74 | $2,075.92 |
| 2 | | Attendance - Full Day | | 1.00 | $140.00 | $140.00 |
| 3 | | Exhibits | Per page | 307.00 | $0.30 | $92.10 |
| 4 | | Exhibit - color copying | Per page | 9.00 | $1.75 | $15.75 |
| 5 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 6 | | Document Repository | 1 | 1.00 | $10.00 | $10.00 |
| 7 | | Delivery | Package | 1.00 | $20.00 | $20.00 |
| 8 | | Rough ASCII | Page | 270.00 | $1.30 | $351.00 |

Notes:

Invoice Total:  $2,804.77
Payment:        ($2,804.77)
Credits:

Balance Due:    $0.00

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:    National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC19039
Job #: 11789
Invoice Date: 01/12/2007

Balance : $ 0.00

## Huseby, Inc Atlanta
### An Affiliate of National Depo
Tel: 404.875.0400
Fax: 404.875.2979

**Bill To:** John G Maynard III Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

**Invoice #:** NC19062
**Invoice Date:** 01/15/2007
**Balance Due:** $ 0.00

**Case #:** 505CV478BO1

---

**Case:** Georgia Pacific v. Von Drehle
**Job #:** 12648 | Job Date: 1/11/2007 | Delivery: Expedited
**Billing Atty:** John G Maynard III Esq
**Location:** Hunton & Williams
600 Peachtree Street Northeast | Suite 4100 | Atlanta, GA 30384
**Sched Atty:** John G Maynard III Esq

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Eli Seggev PhD | Copy | Page | 315.00 | $3.94 | $1,241.10 |
| 2 | | Read & sign processing | Per page | 1.00 | $25.00 | $25.00 |
| 3 | | Exhibits | Per page | 164.00 | $0.30 | $49.20 |
| 4 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 5 | | Document Repository | 1 | 1.00 | $10.00 | $10.00 |
| 6 | | Delivery | Package | 1.00 | $20.00 | $20.00 |
| 7 | | Rough ASCII | Page | 248.00 | $1.30 | $322.40 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | **$1,767.70** |
| **Payment:** | ($1,767.70) |
| **Credits:** | |
| **Balance Due:** | $0.00 |

Fed. Tax ID: 20-3132569        Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____        Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
**National Depo**
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC19062
Job #: 12648
Invoice Date: 01/15/2007

Balance : $ 0.00

# Huseby, Inc Charlotte

### An Affiliate of National Depo
### Tel: 704.333.9889
### Fax: 704.372.4593

| | |
|---|---|
| **Bill To:** Thomas G Slater Jr Esq<br>Hunton & Williams LLP<br>951 East Byrd Street<br>Riverfront Plaza, East Tower<br>Richmond, VA 23219 | **Invoice #:** NC20147<br>**Invoice Date:** 02/09/2007<br>**Balance Due:** $ 0.00<br><br>**Case #:** 505CV478BO1 |

**Case:** Georgia Pacific v. Von Drehle
**Job #:** 13458 | Job Date: 2/6/2007 | Delivery: Normal
**Billing Atty:** Thomas G Slater Jr Esq
**Location:** Hunton & Williams
600 Peachtree Street Northeast | Suite 4100 | Atlanta, GA 30384

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Kathleen McIntire | Copy | Page | 307.00 | $3.38 | $1,037.66 |
| 2 | | Exhibits | Per page | 382.00 | $0.30 | $114.60 |
| 3 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 4 | | Document Repository | 1 | 1.00 | $10.00 | $10.00 |
| 5 | | Delivery | Package | 1.00 | $20.00 | $20.00 |
| 6 | | Rough ASCII | Page | 268.00 | $1.30 | $348.40 |
| 7 | | Read & sign processing | Per page | 1.00 | $25.00 | $25.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,655.66 |
| **Payment:** | ($1,655.66) |
| **Credits:** | |
| **Balance Due:** | $0.00 |

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Please remit payment to:**
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

**Invoice #:** NC20147
**Job #:** 13458
**Invoice Date:** 02/09/2007

**Balance :** $ 0.00

# Huseby, Inc  Charlotte

An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

**Bill To:** Thomas G Slater Jr Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

| | |
|---|---|
| **Invoice #:** | NC22210 |
| **Invoice Date:** | 04/03/2007 |
| **Balance Due:** | $ 0.00 |
| **Case # :** | 505CV478BO1 |

---

**Case:** Georgia Pacific Corporation v. Von Drehle Corporation
**Job #:** 14579  |  Job Date: 4/2/2007  |  Delivery:  Daily
**Billing Atty:** Thomas G Slater Jr Esq
**Location:** Hunton & Williams
101 South Tryon Street | Suite 3500 Bank of America Plaza | Charlo
**Sched Atty:** Thomas G Slater Jr Esq

---

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | J Carl Poindexter PhD | Transcript - Original & 1 copy | Page | 338.00 | $7.70 | $2,602.60 |
| 2 | | Attendance - Full Day | | 1.00 | $140.00 | $140.00 |
| 3 | | Exhibits | Per page | 150.00 | $0.30 | $45.00 |
| 4 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 5 | | Document Repository | 1 | 1.00 | $10.00 | $10.00 |
| 6 | | Delivery | Package | 1.00 | $20.00 | $20.00 |
| 7 | | Rough ASCII | Page | 287.00 | $1.30 | $373.10 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | **$3,290.70** |
| **Payment:** | ($3,290.70) |
| **Credits:** | |
| **Balance Due:** | $0.00 |

Fed. Tax ID: 20-3132569    Term: Due Upon Receipt

TERMS:   Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to:    **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

**Invoice #:** NC22210
**Job #:**  14579
**Invoice Date:** 04/03/2007

**Balance : $ 0.00**

# Huseby, Inc Charlotte

An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

**Bill To:** Douglas W Kenyon Esq
Hunton & Williams LLP
421 Fayetteville Street Mall
Suite 1400
Raleigh, NC 27602

| | |
|---|---|
| Invoice #: | NC22544 |
| Invoice Date: | 04/12/2007 |
| Balance Due: | $ 0.00 |
| | |
| Case #: | 505CV478BO1 |

**Case:** Georgia Pacific Corporation v. Von Drehle Corporation
**Job #:** 15152 | Job Date: 4/5/2007 | Delivery: Normal
**Billing Atty:** Douglas W Kenyon Esq
**Location:** Wyrick Robbins Yates
4101 Lake Boone Trail | Suite 300 | Raleigh, NC

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Steve Cooke | Copy | Page | 37.00 | $2.25 | $83.25 |
| 2 | | Exhibits | Per page | 75.00 | $0.30 | $22.50 |
| 3 | | Exhibit - color copying | Per page | 2.00 | $1.75 | $3.50 |
| 4 | | Document Repository | 1 | 1.00 | $10.00 | $10.00 |
| 5 | | Administration Fee | 1 | 1.00 | $50.00 | $50.00 |
| 6 | | Delivery | Package | 1.00 | $20.00 | $20.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $189.25 |
| Payment: | ($189.25) |
| Credits: | |
| Balance Due: | $0.00 |

Fed. Tax ID: 20-3132569        Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
**National Depo**
P.O. Box 404743
Atlanta, Ga 30384-4743

| | |
|---|---|
| Invoice #: | NC22544 |
| Job #: | 15152 |
| Invoice Date: | 04/12/2007 |
| Balance : | $ 0.00 |

**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: John G Maynard III Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

| | |
|---|---|
| Invoice #: | NC23247 |
| Invoice Date: | 04/30/2007 |
| Balance Due: | $ 0.00 |
| Case #: | 505CV478BO1 |

Case: Georgia Pacific Corporation v. Von Drehle Corporation
Job #: 15135 | Job Date: 4/24/2007 | Delivery: Expedited
Billing Atty: John G Maynard III Esq
Location: Our Office - Raleigh One
Office Suites Plus | 3737 Glenwood Avenue, Suite 100 | Raleigh, NC

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Mark Smolan | Copy | Page | 199.00 | $3.71 | $738.29 |
| 2 | | Exhibits | Per page | 105.00 | $0.30 | $31.50 |
| 3 | | Document Repository | 1 | 1.00 | $10.00 | $10.00 |
| 4 | | Rough ASCII | Page | 171.00 | $1.30 | $222.30 |
| 5 | Alex Paul | Copy | Page | 75.00 | $3.71 | $278.25 |
| 6 | | Exhibits | Per page | 19.00 | $0.30 | $5.70 |
| 7 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 8 | | Document Repository | 1 | 1.00 | $10.00 | $10.00 |
| 9 | | Delivery | Package | 1.00 | $30.00 | $30.00 |
| 10 | | Rough ASCII | Page | 62.00 | $1.30 | $80.60 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,506.64 |
| Payment: | |
| Credits: | ($1,506.64) |
| Balance Due: | $0.00 |

Fed. Tax ID: 20-3132569 Term: Due Upon Receipt

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC23247
Job #: 15135
Invoice Date: 04/30/2007

Balance : $ 0.00

**Huseby, Inc  Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

TERMS:   Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days;

Make check payable to:    **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
**National Depo**
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC23247
Job #:  15135
Invoice Date: 04/30/2007

Balance : $ 0.00

**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

| Bill To: | John G Maynard III Esq | Invoice #: | NC23250 |
|---|---|---|---|
| | Hunton & Williams LLP | Invoice Date: | 04/30/2007 |
| | 951 East Byrd Street | Balance Due: | $ 0.00 |
| | Riverfront Plaza, East Tower | | |
| | Richmond, VA 23219 | Case #: | 505CV478BO1 |

Case: Georgia Pacific Corporation v. Von Drehle Corporation
Job #: 15136 | Job Date: 4/25/2007 | Delivery: Expedited
Billing Atty: John G Maynard III Esq
Location: Our Office - Raleigh One
Office Suites Plus | 3737 Glenwood Avenue, Suite 100 | Raleigh, NC

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Myles Goertz | Copy | Page | 170.00 | $3.94 | $669.80 |
| 2 | | Exhibits | Per page | 50.00 | $0.30 | $15.00 |
| 3 | | Document Repository | 1 | 1.00 | $10.00 | $10.00 |
| 4 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 5 | | Rough ASCII | Page | 146.00 | $1.30 | $189.80 |

Notes:

| | |
|---|---|
| Invoice Total: | $984.60 |
| Payment: | ($984.60) |
| Credits: | |
| Balance Due: | $0.00 |

| Fed. Tax ID: 20-3132569 | Term: Due Upon Receipt |
|---|---|

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC23250
Job #: 15136
Invoice Date: 04/30/2007

Balance : $ 0.00

# Huseby, Inc  Charlotte

An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

**Bill To:** John G Maynard III Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

**Invoice #:** NC23252
**Invoice Date:** 04/30/2007
**Balance Due:** $ 0.00

**Case #:** 505CV478BO1

**Case:** Georgia Pacific Corporation v. Von Drehle Corporation
**Job #:** 15171 | Job Date: 4/27/2007 | Delivery: Daily
**Billing Atty:** John G Maynard III Esq
**Location:** Our Office - Raleigh One
Office Suites Plus | 3737 Glenwood Avenue, Suite 100 | Raleigh, NC

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Joanne Loktu | Copy | Page | 162.00 | $4.50 | $729.00 |
| 2 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 3 | | Document Repository | 1 | 1.00 | $10.00 | $10.00 |
| 4 | | Rough ASCII | Page | 138.00 | $1.30 | $179.40 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,018.40 |
| **Payment:** | ($1,018.40) |
| **Credits:** | |
| **Balance Due:** | $0.00 |

Fed. Tax ID: 20-3132569    Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to:    National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

**Invoice #:** NC23252
**Job #:** 15171
**Invoice Date:** 04/30/2007

**Balance :** $ 0.00

**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: Thomas G Slater Jr Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

| | |
|---|---|
| Invoice #: | NC23655 |
| Invoice Date: | 05/09/2007 |
| Balance Due: | $0.00 |
| Case #: | 505CV478BO1 |

Case: Georgia Pacific Corporation v. Von Drehle Corporation et al
Job #: 15894 | Job Date: 4/30/2007 | Delivery: Normal
Billing Atty: Thomas G Slater Jr Esq
Location: SCA Tissue North America
1451 McMahon Drive | Neenah, WI

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Denis Kan | Copy | Page | 159.00 | $2.65 | $421.35 |
| 2 | | Exhibits | Per page | 25.00 | $0.30 | $7.50 |
| 3 | | Exhibit - color copying | Per page | 14.00 | $1.75 | $24.50 |
| 4 | | Document Repository | 1 | 1.00 | $10.00 | $10.00 |
| 5 | | Delivery | Package | 1.00 | $20.00 | $20.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $483.35 |
| Payment: | ($483.35) |
| Credits: | |
| Balance Due: | $0.00 |

Fed. Tax ID: 20-3132569        Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC23655
Job #: 15894
Invoice Date: 05/09/2007

Balance : $ 0.00

# Huseby Inc. Affiliate of Fast Pace

An Affiliate of National Depo
Tel: 713-650-3500
Fax: 713-650-3545

| | |
|---|---|
| **Bill To:** Thomas G Slater Jr Esq | **Invoice #:** TX23784 |
| Hunton & Williams LLP | **Invoice Date:** 05/11/2007 |
| 951 East Byrd Street | **Balance Due:** $ 0.00 |
| Riverfront Plaza, East Tower | |
| Richmond, VA 23219 | **Case #:** 505CV478BO1 |

**Case:** Georgia Pacific Corporation v. Von Drehle Corporation et al
**Job #:** 15486 | Job Date: 5/8/2007 | Delivery: Expedited
**Billing Atty:** Thomas G Slater Jr Esq
**Location:** Hunton & Williams
401 Congress Avenue | Suite 2500 | Austin, TX 78701

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | David Sibley PhD | Copy | Page | 326.00 | $2.75 | $896.50 |
| 2 | | Exhibits | Per page | 150.00 | $0.45 | $67.50 |
| 3 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 4 | | Document Repository | 1 | 1.00 | $10.00 | $10.00 |
| 5 | | Delivery | Package | 1.00 | $20.00 | $20.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | **$1,094.00** |
| **Payment:** | ($1,094.00) |
| **Credits:** | |
| **Balance Due:** | **$0.00** |

Fed. Tax ID: 20-3132569     Term: Due Upon Receipt

**TERMS:** Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
**National Depo**
P.O. Box 404743
Atlanta, Ga 30384-4743

**Invoice #:** TX23784
**Job #:** 15486
**Invoice Date:** 05/11/2007

**Balance:** $ 0.00

## Huseby, Inc Charlotte
### An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

Bill To: Thomas G Slater Jr Esq
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

| | |
|---|---|
| Invoice #: | NC24418 |
| Invoice Date: | 05/30/2007 |
| Balance Due: | $ 0.00 |

Case #: 505CV478BO1

Case: Georgia Pacific Corporation v. Von Drehle Corporation et al
Job #: 16467 | Job Date: 5/18/2007 | Delivery: Normal
Billing Atty: Thomas G Slater Jr Esq
Location: SCA Tissue North America
1451 McMahon Drive | Neenah, WI

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Denis Kan Vol II | Transcript - Original & 1 copy | Page | 32.00 | $6.55 | $209.60 |
| 2 | | Attendance -Half Day | | 1.00 | $80.00 | $80.00 |
| 3 | | Document Repository | 1 | 1.00 | $10.00 | $10.00 |
| 4 | | Delivery | Package | 1.00 | $20.00 | $20.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $319.60 |
| Payment: | ($319.60) |
| Credits: | |
| Balance Due: | $0.00 |

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to:    National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC24418
Job #: 16467
Invoice Date: 05/30/2007

Balance : $ 0.00


# HUNTON& WILLIAMS

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

| | |
|---|---|
| FILE NUMBER: | 29073.000347 |
| INVOICE NUMBER: | EB087410 |
| DATE: | 07/14/2008 |

| | |
|---|---|
| **CLIENT NAME:** | **GEORGIA PACIFIC LLC** |
| **BILLING ATTORNEY:** | **THOMAS G. SLATER, JR.** |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending June 30, 2008 per the attached itemization:

## CURRENT INVOICE SUMMARY

### RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3878376, Date: 07/14/2008

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E116 | Trial Transcripts | 1,520.00 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY:**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**


# HUNTON& WILLIAMS

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

| | |
|---|---|
| FILE NUMBER: | 29073.000347 |
| INVOICE NUMBER: | EB091926 |
| DATE: | 08/21/2008 |

| CLIENT NAME: | GEORGIA PACIFIC LLC |
|---|---|
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending July 31, 2008 per the attached itemization:

### CURRENT INVOICE SUMMARY

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3892726, Date: 08/21/2008

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E116 | Trial Transcripts | 10.20 |

**TOTAL CURRENT EXPENSES ($)**

INVOICE SUMMARY:

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**


HUNTON&
WILLIAMS

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER:      29073.000347
INVOICE NUMBER:   EBR127631
DATE:             05/12/2009

| CLIENT NAME: | GEORGIA PACIFIC LLC |
|---|---|
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending April 30, 2009 per the attached itemization:

### CURRENT INVOICE SUMMARY

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3974830, Date: 05/12/2009

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E116 | Trial Transcripts | 373.45 |

**TOTAL CURRENT EXPENSES ($)**

INVOICE SUMMARY:

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

| Invoice Date | Deponent/ Trial Hearing Description | Amount Billed |
|---|---|---|
| 4/20/2006 | Transcription of March 10 Motions Hearing - Expedited | $118.80 |
| 7/19/2006 | Arthur Thomas | $2,691.30 |
| 7/24/2006 | Jim Hayes | $2,423.70 |
| 8/15/2006 | Steven von Drehle | $2,983.31 |
| 8/15/2006 | James Tant | $465.95 |
| 8/18/2006 | Steven von Drehle v. 2 | $2,221.40 |
| 8/21/2006 | William Sleeper | $1,370.30 |
| 8/21/2006 | Raymond von Drehle | $3,323.20 |
| 8/22/2006 | Eric Caldwell | $911.60 |
| 8/24/2006 | Kathleen Walters | $1,584.80 |
| 9/8/2006 | Norman Romney | $1,167.45 |
| 9/8/2006 | Nicholas Trainer | $1,215.40 |
| 9/12/2006 | Dennis Shearer | $1,384.00 |
| 9/29/2006 | John Silk | $1,182.30 |
| 10/4/2006 | Craig Yardley | $1,371.20 |
| 11/21/2006 | Transcription of Rule 16 conference Hearing 2/16/06; Transcript of Hearing - Judge Boyle 10/3/06 - Motion to Dismiss Counterclaims (G-P Only) | $353.70 |
| 12/29/2006 | Cary Duley | $747.95 |
| 1/4/2007 | Mercer Stanfield | $1,448.75 |
| 1/8/2007 | Steven von Drehle 30(b)(6) | $2,557.44 |
| 1/12/2007 | Kenneth Hollander | $2,804.77 |
| 1/15/2007 | Eli Seggev | $1,767.70 |
| 2/9/2007 | Kathleen McIntire | $1,655.66 |
| 4/3/2007 | J.C. Poindexter | $3,290.70 |
| 4/12/2007 | Steve Cooke | $189.25 |
| 4/30/2007 | Mark Smolan; Alex Paul | $1,506.64 |
| 4/30/2007 | Myles Goertz | $984.60 |
| 4/30/2007 | Joanne Loktu | $1,018.40 |
| 5/9/2007 | Dennis Kan | $483.35 |
| 5/11/2007 | David Sibley | $1,094.00 |
| 5/30/2007 | Dennis Kan v. 2 | $319.60 |
| 7/14/2008 | Transcript of the Pretrial Conference held on 5/22/08 before Judge Daniel | $1,520.00 |
| 8/21/2008 | Balance Invoice -- Pretrial Conference of 5/22/08 | $10.20 |
| 5/12/2009 | Transcript of Proceedings held on 4/13/09 | $373.45 |
| Total: | | $46,540.87 |