# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### 5-05-CV-478-BO(1)

GEORGIA-PACIFIC CONSUMER          )
PRODUCTS LP,                      )
                                  )
                       Plaintiff,          )    **GEORGIA-PACIFIC'S BILL**
                                  )           **OF COSTS**
     v.                          )
                                  )
VON DREHLE CORPORATION,           )
                                  )
                       Defendant.          )
                                  )

## EXHIBIT D:

Invoices related to Fees and Disbursements for Printing
(Including spreadsheet summarizing fees)



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: F990167
DATE: 04/20/2006

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending March 31, 2006 per the attached itemization:

### CURRENT INVOICE SUMMARY

**RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3640200, Date: 04/20/2006

| HUNTON & WILLIAMS LLP | | INVOICE: | F990167 |
|---|---|---|---|
| CLIENT NAME: | GEORGIA PACIFIC LLC | DATE: | 04/20/2006 |
| FILE NUMBER: | 29073.000347 | PAGE: | 11 |

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 150.84 |

**TOTAL CURRENT EXPENSES ($)**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: G012068
DATE: 05/18/2006

| | |
|---|---|
| **CLIENT NAME:** | **GEORGIA PACIFIC LLC** |
| **BILLING ATTORNEY:** | **THOMAS G. SLATER, JR.** |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending April 30, 2006 per the attached itemization:

### CURRENT INVOICE SUMMARY

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3643171, Date: 05/18/2006

**FOR COSTS ADVANCED AND EXPENSES INCURRED**

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| E118 | Litigation Support Vendors | 182.60 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL  804-788-8200
FAX  804-788-8218

EIN:  54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

| | |
|---|---|
| FILE NUMBER: | 29073.000347 |
| INVOICE NUMBER: | G039201 |
| DATE: | 07/05/2006 |

| | |
|---|---|
| **CLIENT NAME:** | **GEORGIA PACIFIC LLC** |
| **BILLING ATTORNEY:** | **THOMAS G. SLATER, JR.** |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending May 31, 2006 per the attached itemization:

### CURRENT INVOICE SUMMARY

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA  30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name:  Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International):  SNTRUS3A
Instructions to Bank:  Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3656707, Date: 07/05/2006

## TIMEKEEPER SUMMARY

| TIMEKEEPER | STATUS | HOURS | RATE | VALUE |
|---|---|---|---|---|

**TOTAL FEES ($)**

## TIME SUMMARY BY TASK CODE

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|

## FOR COSTS ADVANCED AND EXPENSES INCURRED:

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 4,943.32 |

**TOTAL CURRENT EXPENSES ($)**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL  804-788-8200
FAX  804-788-8218

EIN:  54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER:  29073.000347
INVOICE NUMBER:  G052090
DATE:  07/19/2006

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending June 30, 2006 per the attached itemization:

### CURRENT INVOICE SUMMARY

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA  30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name:  Hunton & Williams Operating
Account Number:  001458094
ABA Transit:  061000104
Swift Code (International):  SNTRUS3A
Instructions to Bank:  Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3656121, Date: 07/19/2006

## TIMEKEEPER SUMMARY

| TIMEKEEPER | STATUS | HOURS | RATE | VALUE |
|---|---|---|---|---|

## TIME SUMMARY BY TASK CODE

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|

## FOR COSTS ADVANCED AND EXPENSES INCURRED

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 1,641.60 |

**TOTAL CURRENT EXPENSES ($)**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

INVOICE SUMMARY

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: G091702
DATE: 08/11/2006

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending July 31, 2006 per the attached itemization:

**CURRENT INVOICE SUMMARY**

**RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

**OUTSTANDING INVOICE SUMMARY (FOR MATTER(S) ON THIS INVOICE)**

| INVOICE | MATTER # | DATE | BALANCE |

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3672945, Date: 08/11/2006

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 5,145.60 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY:**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**


**HUNTON&
WILLIAMS**

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER:      29073.000347
INVOICE NUMBER:   G119044
DATE:             09/21/2006

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending August 31, 2006 per the attached itemization:

**CURRENT INVOICE SUMMARY**

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3678662, Date: 09/21/2006

| HUNTON & WILLIAMS LLP | | INVOICE: | G119044 |
| CLIENT NAME: | GEORGIA PACIFIC LLC | DATE: | 09/21/2006 |
| FILE NUMBER: | 29073.000347 | PAGE: | 28 |

| DESCRIPTION | CODE | HOURS | VALUE |
| --- | --- | --- | --- |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| CODE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| E118 | Litigation Support Vendors | 1,709.40 |

**TOTAL CURRENT EXPENSES ($)**

INVOICE SUMMARY:

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER:     29073.000347
INVOICE NUMBER:  GR138604
DATE:            10/17/2006

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending September 30, 2006 per the attached itemization:

### CURRENT INVOICE SUMMARY

**RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3683898, Date: 10/17/2006

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| E118 | Litigation Support Vendors | 4,196.74 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY**

Current Fees:

Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER:      29073.000347
INVOICE NUMBER:   EB158400
DATE:             11/21/2006

| CLIENT NAME: | GEORGIA PACIFIC LLC |
|---|---|
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending October 31, 2006 per the attached itemization:

### CURRENT INVOICE SUMMARY

**RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3694270, Date: 11/21/2006

FOR COSTS ADVANCED AND EXPENSES INCURRED

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 6,225.34 |

**TOTAL CURRENT EXPENSES ($)**

INVOICE SUMMARY

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



HUNTON&
WILLIAMS

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

**INVOICE SUMMARY-REMITTANCE PAGE**

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER:        29073.000347
INVOICE NUMBER:     EB012730
DATE:               12/07/2006

| CLIENT NAME: | GEORGIA PACIFIC LLC |
|---|---|
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending November 30, 2006 per the attached itemization:

**CURRENT INVOICE SUMMARY**

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3703219, Date: 12/07/2006

**FOR COSTS ADVANCED AND EXPENSES INCURRED**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 138.24 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

**INVOICE SUMMARY-REMITTANCE PAGE**

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

| | |
|---|---|
| FILE NUMBER: | 29073.000347 |
| INVOICE NUMBER: | EB016160 |
| DATE: | 01/26/2007 |

| | |
|---|---|
| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending December 31, 2006 per the attached itemization:

**CURRENT INVOICE SUMMARY**

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3719356, Date: 01/26/2007

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 263.40 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY:**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER:     29073.000347
INVOICE NUMBER:   EB019783
DATE:            02/14/2007

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| --- | --- |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending January 31, 2007 per the attached itemization:

### CURRENT INVOICE SUMMARY

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:

Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3724826, Date: 02/14/2007

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 319.20 |

**TOTAL CURRENT EXPENSES ($)**

INVOICE SUMMARY:

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: EB022474
DATE: 03/12/2007

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending February 28, 2007 per the attached itemization:

### CURRENT INVOICE SUMMARY

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3731854, Date: 03/12/2007

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 7,011.70 |

**TOTAL CURRENT EXPENSES ($)**

INVOICE SUMMARY:

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER:        29073.000347
INVOICE NUMBER:     EBR030896
DATE:               06/01/2007

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending April 30, 2007 per the attached itemization:

## CURRENT INVOICE SUMMARY:

**RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3760627, Date: 06/01/2007

## TIME SUMMARY BY TASK CODE

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|

## FOR COSTS ADVANCED AND EXPENSES INCURRED

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 786.50 |

**TOTAL CURRENT EXPENSES ($)**

## INVOICE SUMMARY

Current Fees:

Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: EB050271
DATE: 10/04/2007

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending May 31, 2007 per the attached itemization:

## CURRENT INVOICE SUMMARY

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3788908, Date: 10/04/2007

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 1,004.40 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY**

Current Fees:

Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



**HUNTON&
WILLIAMS**

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER:    29073.000347
INVOICE NUMBER:  EB050270
DATE:          10/04/2007

| | |
|---|---|
| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending June 30, 2007 per the attached itemization:

### CURRENT INVOICE SUMMARY

**RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3788907, Date: 10/04/2007

## TIMEKEEPER SUMMARY

| TIMEKEEPER | STATUS | HOURS | RATE | VALUE |
|---|---|---|---|---|

## TIME SUMMARY BY TASK CODE

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|

## FOR COSTS ADVANCED AND EXPENSES INCURRED:

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 214.90 |

**TOTAL CURRENT EXPENSES ($)**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

**INVOICE SUMMARY**

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER:     29073.000347
INVOICE NUMBER:   EB050887
DATE:           10/10/2007

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending August 31, 2007 per the attached itemization:

**CURRENT INVOICE SUMMARY**

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

    Current Fees:
    Current Charges:

    **CURRENT INVOICE AMOUNT DUE:**

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3799628, Date: 10/10/2007

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|

**FOR COSTS ADVANCED AND EXPENSES INCURRED**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 1,924.80 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

# Charges Incurred in Connection with Productions

| Date | Amount | Prod. Dates | Corresponding Production |
|---|---|---|---|
| 4/20/2006 | $150.84 | 4/7/2006 | VD's 1st Requests for Production -- Subsequent loading of docs to databse through 5/1/06 |
| 5/18/2006 | $182.60 | 5/10/2006 | GP's 1st Production followed by loading of docs to database through 5/10/06 |
| | | 5/24/2006 | GP's 2nd document production followed by loading of docs to database through 6/6/06 |
| 7/5/2006 | $4,943.32 | 6/13/2006 | GP's 3rd Production |
| 7/19/2006 | $1,641.60 | 6/29/2006 | VD's 2nd request for production |
| 8/11/2006 | $5,145.60 | 7/14/2006; 7/18/06 & 7/24/06; 7/31/2006 | VD's 3rd request for production; GP's 4th Production and reproduction of previously illegible documents followed by loading of docs to database 7/21/06 - 7/31/06; GP's 5th Production |
| 9/21/2006 | $1,709.40 | 8/10/2006; 8/16/2006; 8/18/2006; 8/21/2006; 8/25/2006 | GP's 6th Production; GP's 7th Production; VD's 4th request for production; GP's 8th Production followed by loading of docs to database 8/22/06 - 8/23/06; VD's 5th request for production |
| 10/17/2006 | $4,196.74 | 9/6/2006; 9/18/2006; 9/20/2006; 9/27/2006 | GP's 9th Production followed by loading of docs to database 9/18/06 & 9/20/06; VD's 6th request for production; GP's 10th Production followed by loading docs to database 9/21/06; GP's 11th Production followed by loading docs to database 10/5/06 - 10/23/06 |
| 11/21/2006 | $6,225.34 | 10/11/2006; 10/27/2006 | VD's 7th Request for Production; VD's 8th Request for Production |
| 12/7/2006 | $138.24 | 11/10/2006 | VD's 9th Request for Production |
| 1/26/2007 | $263.40 | 1/9/2007 | GP's 12th Production |
| 2/14/2007 | $319.20 | 2/7/2007 | VD's 10th Request for Production |
| 3/12/2007 | $7,011.70 | Mar-07 | GP's Supplemental Document Production |
| 6/1/2007 | $786.50 | 4/17/2007 | VD's 11th Request for Production |
| 10/4/2007 | $1,004.40 | 9/5/2007 | GP Supplemental Production -- GAPAC00054718 |
| 10/4/2007 | $214.90 | 9/5/2007 | GP Supplemental Production -- GAPAC00054718 |
| 10/10/2007 | $1,924.80 | 9/5/2007 | GP Supplemental Production -- GAPAC00054718 |
| Total: | $35,858.58 | | |