THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5-05-CV-478-BO(1)

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, | ) ) ) | |
| Plaintiff, | ) ) | GEORGIA-PACIFIC'S BILL OF COSTS |
| v. | ) ) | |
| VON DREHLE CORPORATION, | ) ) | |
| Defendant. | ) ) ) | |

## EXHIBIT F:

Invoices related to Fees for exemplification and the costs of making copies of any Materials where the copies are necessarily obtained for use in the case
(Including spreadsheet summarizing fees)



# HUNTON&
# WILLIAMS

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: EB087410
DATE: 07/14/2008

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| --- | --- |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending June 30, 2008 per the attached itemization:

## CURRENT INVOICE SUMMARY

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3878376, Date: 07/14/2008

| | | | |
|---|---|---|---|
| HUNTON & WILLIAMS LLP | | INVOICE: | EB087410 |
| CLIENT NAME: | GEORGIA PACIFIC LLC | DATE: | 07/14/2008 |
| FILE NUMBER: | 29073.000347 | PAGE: | 13 |

### FOR COSTS ADVANCED AND EXPENSES INCURRED

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E124 | Other - Certified Copy Fees | 480.00 |

**TOTAL CURRENT EXPENSES ($)**

### INVOICE SUMMARY

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY

| | |
|---|---|
| GEORGIA-PACIFIC CORPORATION | FILE NUMBER: 29073.000347 |
| LAWINV GA030-4200 | INVOICE NUMBER: 101015641 |
| 133 PEACHTREE STREET, N.E. | DATE: 06/08/2011 |
| ATLANTA, GA 30303-1847 | |

**CLIENT NAME:** GEORGIA PACIFIC LLC

**BILLING ATTORNEY:** THOMAS G. SLATER, JR.

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending May 31, 2011 per the attached itemization:

## CURRENT INVOICE SUMMARY

**RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 101015641, Date: 06/08/2011

| | | | | |
|---|---|---|---|---|
| HUNTON & WILLIAMS LLP | | INVOICE: | | 101015641 |
| CLIENT NAME: | GEORGIA PACIFIC LLC | DATE: | | 06/08/2011 |
| FILE NUMBER: | 29073.000347 | PAGE: | | 6 |

## TIMEKEEPER SUMMARY

| TIMEKEEPER | STATUS | HOURS | RATE | VALUE |
|---|---|---|---|---|

## TIME SUMMARY BY TASK CODE

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|

## FOR COSTS ADVANCED AND EXPENSES INCURRED

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E112 | Filing Fees | 505.00 |
| **TOTAL CURRENT EXPENSES ($)** | | |

## INVOICE SUMMARY

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

Fee for obtaining certified copies of Registration for 16 trademark registrations and 1 patent registration from US Patent & Trademark Office

# Superior Document Services

8th & Main Building
707 East Main St., Suite 150
Richmond, VA 23219
Main # (804) 648-2800
Fax  # (804) 648-0807

# Invoice

Invoice Number:
962326
Invoice Date:
Dec 15, 2011
Page:
1

Lauren Hurst
Hunton & Williams
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA  23219

Presentation Boards

| Customer ID | Client Matter/Case Reference | Payment Terms | |
|---|---|---|---|
| h&w | 29073.000347 | Net 20 Days | |
| **Sales Rep ID** | | | **Due Date** |
| JRC | | | 1/4/12 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 54.00 | B/W oversize blowbacks @ $ 0.85 per square foot.  9 @ 24" x 36" | 0.850 | 45.90 |
| 54.00 | Drymounted on foamcore @ $ 3.00 per square foot.  9 @ 24" x 36" | 3.000 | 162.00 |
| 66.00 | Digital color oversize outputs @ $ 10.00 per square foot.  11 @ 24" x 33" | 10.000 | 660.00 |
| 66.00 | Drymounted on foamcore @ $ 3.00 per square foot.  11 @ 24" x 33" | 3.000 | 198.00 |

Federal EIN: 54-1914941

Subtotal  1,065.90
Sales Tax  53.30
Total Invoice Amount  1,119.20
Payment Received
TOTAL  1,119.20

*Thank you for choosing Superior Document Services!*

A service charge of 1.5% per month (18% per annum)  may be added to past due accounts of 30 days from billing date and client will be responsible for all legal fees associated with collecting past due invoices.

**SDS Website:  www.superiordocumentservices.com**

# Superior Document Services

8th & Main Building
707 East Main St., Suite 150
Richmond, VA 23219
Main # (804) 648-2800
Fax  # (804) 648-0807

# Invoice

Invoice Number:
962428
Invoice Date:
Dec 31, 2011
Page:
1

Lauren Hurst
Hunton & Williams
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA  23219

Demonstrative Exhibits

| Customer ID | Client Matter/Case Reference | Payment Terms | |
|---|---|---|---|
| h&w | 29073.000347 | Net 25 Days | |
| **Sales Rep ID** | | | **Due Date** |
| JRC | | | 1/25/12 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 24.00 | B/W oversize blowbacks @ $ 0.85 per square foot.  4 @ 24" x 36" | 0.850 | 20.40 |
| 24.00 | Drymounted on foamcore @ $ 3.00 per square foot.  4 @ 24" x 36" | 3.000 | 72.00 |
| 156.00 | Digital color oversize outputs @ $ 10.00 per square foot.  26 @ 24" x 32" | 10.000 | 1,560.00 |
| 156.00 | Drymounted on foamcore @ $ 3.00 per square foot.  26 @ 24" x 32" | 3.000 | 468.00 |

Federal EIN: 54-1914941

Subtotal            2,120.40
Sales Tax             106.02
Total Invoice Amount  2,226.42
Payment Received

*Thank you for choosing Superior Document Services!*

TOTAL               2,226.42

A service charge of 1.5% per month (18% per annum) may be added to past due accounts of 30 days from billing date and client will be responsible for all legal fees associated with collecting past due invoices.

# Superior Document Services

8th & Main Building
707 East Main St., Suite 150
Richmond, VA 23219
Main # (804) 648-2800
Fax  # (804) 648-0807

# Invoice

Invoice Number:
962470
Invoice Date:
Dec 31, 2011
Page:
1

Benjamin Sherman
Hunton & Williams
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219

| Customer ID | Client Matter/Case Reference | Payment Terms | |
|---|---|---|---|
| h&w | 29073.347 | Net 25 Days | |
| **Sales Rep ID** | | | **Due Date** |
| JRC | | | 1/25/12 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 6.00 | Digital color oversize output @ $ 10.00 per square foot.  1 @ 24" x 32" | 10.000 | 60.00 |
| 6.00 | Drymounted on foamcore @ $ 3.00 per square foot.  1 @ 24" x 32" | 3.000 | 18.00 |

Federal EIN: 54-1914941

Subtotal 78.00
Sales Tax 3.90
Total Invoice Amount 81.90
Payment Received
TOTAL 81.90

*Thank you for choosing Superior Document Services!*

A service charge of 1.5% per month (18% per annum) may be added to past due accounts of 30 days from billing date and client will be responsible for all legal fees associated with collecting past due invoices.

Litigation Related Duplication

| Date on Invoice | Invoice Page | Narrative | Amount |
|---|---|---|---|
| 7/14/2008 | | Fee for obtaining cerfified copies of Patent & Trademark Registrations | $480.00 |
| 5/20/2011 | 156 | Fee for obtaining cerfified copies of Registration for 16 trademark registrations and 1 patent registration from US Patent & Trademark Office | $505.00 |
| 12/15/2011 | N/A | Demonstrative Exhibits for Trial | $1,119.20 |
| 12/31/2011 | N/A | Demonstrative Exhibits for Trial | $2,226.42 |
| 12/31/2011 | N/A | Demonstrative Exhibits for Trial | $81.90 |
| | | Total: | $4,412.52 |