THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5-05-CV-478-BO(1)

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, | ) ) ) | |
| Plaintiff, | ) ) | GEORGIA-PACIFIC'S BILL OF COSTS |
| v. | ) ) | |
| VON DREHLE CORPORATION, | ) ) | |
| Defendant. | ) ) ) | |

## EXHIBIT A:

Excerpt from Docket Sheet Showing Receipt of Fees of the Clerk

APPEAL,CLOSED,STAYED

**U.S. District Court**
**EASTERN DISTRICT OF NORTH CAROLINA (Western Division)**
**CIVIL DOCKET FOR CASE #: 5:05-cv-00478-BO**

| | |
|---|---|
| Georgia–Pacific v. Von Drehle Corp., et al | Date Filed: 07/08/2005 |
| Assigned to: District Judge Terrence W. Boyle | Date Terminated: 01/09/2012 |
| Demand: $0 | Jury Demand: Both |
| Case in other court:  USCA – Fourth Circuit, 09–01942 | Nature of Suit: 840 Trademark |
|  USCA–Fourth Circuit, 09–02054 | Jurisdiction: Federal Question |
|  4th Circuit Court of Appeals, 11–02217 | |
| Cause: 15:1125 Trademark Infringement (Lanham Act) | |

**Plaintiff**

| | | |
|---|---|---|
| **Georgia–Pacific Corporation**<br>*TERMINATED: 11/08/2007* | represented by | **Douglas W. Kenyon**<br>Hunton &Williams, LLP<br>P.O. Box 109<br>421 Fayetteville St., Suite 1400<br>Raleigh, NC 27602<br>919–899–3000<br>Fax: 919–899–3257<br>Email: dkenyon@hunton.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert C. Van Arnam**<br>Williams Mullen<br>301 Fayetteville St., Suite 1700<br>P. O. Box 1000<br>Raleigh, NC 27601<br>919–981–4055<br>Fax: 919–981–4300<br>Email: rvanarnam@williamsmullen.com<br>*TERMINATED: 11/12/2010*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Georgia Pacific Consumer Products, LP** | represented by | **Douglas W. Kenyon**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John G. Maynard , III**<br>Hunton &Williams LLP<br>Riverfront Plaza, East Tower, 951 East Byrd St.<br>Richmond, VA 23219<br>804–788–8722<br>Fax: 804–788–8218<br>Email: jgmaynard@hunton.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **R. Dennis Fairbanks**<br>Hunton &Williams, LLP<br>P.O. Box 109<br>421 Fayetteville St., Suite 1400<br>Raleigh, NC 27602<br>919–899–3149<br>Fax: 919–899–3243<br>Email: dfairbanks@hunton.com |

                                           **John P. Higgins**
                                           (See above for address)
                                           *TERMINATED: 11/05/2010*
                                           *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Georgia–Pacific Corporation**
*TERMINATED: 11/08/2007*

**Counter Claimant**

**Georgia–Pacific Corporation**        represented by  **Douglas W. Kenyon**
*TERMINATED: 11/08/2007*                                         (See above for address)
                                                                                    *LEAD ATTORNEY*
                                                                                    *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Von Drehle Corporation**              represented by  **Albert P. Allan**
*a North Carolina corporation*                                 (See above for address)
                                                                               *LEAD ATTORNEY*
                                                                                *ATTORNEY TO BE NOTICED*

                                           **David W. Hood**
                                           Patrick, Harper &Dixon, LLP
                                           dhood@phd–law.com
                                           P. O. Box 218
                                           Hickory, NC 28603
                                           828–322–7741
                                           Fax: 322–9340
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **John P. Higgins**
                                           (See above for address)
                                           *TERMINATED: 11/05/2010*
                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2005 | 1 | Complaint filed – Federal Question: Trademark. w/attach. (js) (Entered: 07/18/2005) |
| 07/11/2005 | | Filing Fee Paid; FILING FEE $ 250.00 RECEIPT # 105 21831 (js) (Entered: 07/18/2005) |
| 07/11/2005 | | Summons(es) issued for Von Drehle Corp., Carolina Janitorial (js) (Entered: 07/18/2005) |
| 07/14/2005 | 2 | Demand for jury trial by Georgia–Pacific (js) (Entered: 07/18/2005) |
| 07/18/2005 | 3 | Motion by Carolina Janitorial to extend time to answer (js) (Entered: 07/25/2005) |
| 07/18/2005 | 4 | Order granting [3–1] motion to extend time to answer, reset answer due for 8/22/05 for Carolina Janitorial signed by Carpenter, deputy clerk. served. (js) (Entered: 07/25/2005) |
| 07/20/2005 | 5 | Return of service executed as to Von Drehle Corp.personally on 7/14/05 (js) (Entered: 07/25/2005) |
| 07/20/2005 | 6 | Return of service executed as to Carolina Janitorial by personal service on 7/11/05 (js) (Entered: 07/25/2005) |