THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5-05-CV-478-BO(1)

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, | ) | |
| | ) | |
| Plaintiff, | ) | GEORGIA-PACIFIC'S BILL |
| | ) | OF COSTS |
| v. | ) | |
| | ) | |
| VON DREHLE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## EXHIBIT D:

Invoices related to Fees and Disbursements for Printing
(Including spreadsheet summarizing fees)



**HUNTON&
WILLIAMS**

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

| | |
|---|---|
| FILE NUMBER: | 29073.000347 |
| INVOICE NUMBER: | F990167 |
| DATE: | 04/20/2006 |

| | |
|---|---|
| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending March 31, 2006 per the attached itemization:

## CURRENT INVOICE SUMMARY

**RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3640200, Date: 04/20/2006

**FOR COSTS ADVANCED AND EXPENSES INCURRED**

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| E118 | Litigation Support Vendors | 150.84 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY:**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

| | |
|---|---|
| FILE NUMBER: | 29073.000347 |
| INVOICE NUMBER: | G012068 |
| DATE: | 05/18/2006 |

| | |
|---|---|
| **CLIENT NAME:** | **GEORGIA PACIFIC LLC** |
| **BILLING ATTORNEY:** | **THOMAS G. SLATER, JR.** |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending April 30, 2006 per the attached itemization:

### CURRENT INVOICE SUMMARY

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037,
Information with Wire: File 29073.000347, Inv 3643171, Date: 05/18/2006

**FOR COSTS ADVANCED AND EXPENSES INCURRED**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 182.60 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: G039201
DATE: 07/05/2006

| | |
|---|---|
| **CLIENT NAME:** | **GEORGIA PACIFIC LLC** |
| **BILLING ATTORNEY:** | **THOMAS G. SLATER, JR.** |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending May 31, 2006 per the attached itemization:

### CURRENT INVOICE SUMMARY

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: G039201, Date: 07/05/2006

| HUNTON & WILLIAMS LLP | | INVOICE: | G039201 |
|---|---|---|---|
| CLIENT NAME: | GEORGIA PACIFIC LLC | DATE: | 07/05/2006 |
| FILE NUMBER: | 29073.000347 | PAGE: | 14 |

TIMEKEEPER SUMMARY

| TIMEKEEPER | STATUS | HOURS | RATE | VALUE |
|---|---|---|---|---|

**TOTAL FEES ($)**

TIME SUMMARY BY TASK CODE

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|

FOR COSTS ADVANCED AND EXPENSES INCURRED

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 4,943.32 |

**TOTAL CURRENT EXPENSES ($)**


**HUNTON & WILLIAMS**

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL  804-788-8200
FAX  804-788-8218

EIN:  54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER:      29073.000347
INVOICE NUMBER:   G052090
DATE:             07/19/2006

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| --- | --- |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending June 30, 2006 per the attached itemization:

### CURRENT INVOICE SUMMARY:

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA  30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name:  Hunton & Williams Operating
Account Number:  001458094
ABA Transit:  061000104
Swift Code (International):  SNTRUS3A
Instructions to Bank:  Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3656121, Date: 07/19/2006

## TIMEKEEPER SUMMARY

| TIMEKEEPER | STATUS | HOURS | RATE | VALUE |
|---|---|---|---|---|

## TIME SUMMARY BY TASK CODE

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|

## FOR COSTS ADVANCED AND EXPENSES INCURRED:

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 1,641.60 |

**TOTAL CURRENT EXPENSES ($)**



**HUNTON &**
**WILLIAMS**

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

**INVOICE SUMMARY**

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER:      29073.000347
INVOICE NUMBER:   G091702
DATE:             08/11/2006

| CLIENT NAME: | GEORGIA PACIFIC LLC |
|---|---|
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending July 31, 2006 per the attached itemization:

**CURRENT INVOICE SUMMARY**

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

**OUTSTANDING INVOICE SUMMARY (FOR MATTER(S) ON THIS INVOICE)**

INVOICE        MATTER #        DATE                    BALANCE

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3672945, Date: 08/11/2006

| HUNTON & WILLIAMS LLP | | INVOICE: | G091702 |
| CLIENT NAME: | GEORGIA PACIFIC LLC | DATE: | 08/11/2006 |
| FILE NUMBER: | 29073.000347 | PAGE: | 25 |

| CODE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| E118 | Litigation Support Vendors | 5,145.60 |

**TOTAL CURRENT EXPENSES ($)**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**


## HUNTON & WILLIAMS

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

**INVOICE SUMMARY-REMITTANCE PAGE**

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

| | |
|---|---|
| FILE NUMBER: | 29073.000347 |
| INVOICE NUMBER: | G119044 |
| DATE: | 09/21/2006 |

| | |
|---|---|
| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending August 31, 2006 per the attached itemization:

**CURRENT INVOICE SUMMARY**

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File# 29073.000347 Inv G119044 Date 09/21/2006

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 1,709.40 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY:**

Current Fees:

Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: GR138604
DATE: 10/17/2006

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending September 30, 2006 per the attached itemization:

## CURRENT INVOICE SUMMARY

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3662698, Date:10/17/2006

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 4,196.74 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY**

Current Fees:

Current Charges:

**CURRENT INVOICE AMOUNT DUE:**


# HUNTON& WILLIAMS

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

**INVOICE SUMMARY-REMITTANCE PAGE**

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: EB158400
DATE: 11/21/2006

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending October 31, 2006 per the attached itemization:

**CURRENT INVOICE SUMMARY**

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File 29073.000347, Inv 3904070, Date 11/21/2006

**FOR COSTS ADVANCED AND EXPENSES INCURRED**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| | | |
| E118 | Litigation Support Vendors | 6,225.34 |
| | **TOTAL CURRENT EXPENSES ($)** | |

**INVOICE SUMMARY**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: EB012730
DATE: 12/07/2006

| | |
|---|---|
| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending November 30, 2006 per the attached itemization:

## CURRENT INVOICE SUMMARY

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.

**FOR COSTS ADVANCED AND EXPENSES INCURRED**

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| E118 | Litigation Support Vendors | 138.24 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

**INVOICE SUMMARY-REMITTANCE PAGE**

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: EB016160
DATE: 01/26/2007

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending December 31, 2006 per the attached itemization:

**CURRENT INVOICE SUMMARY**

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037, Information with Wire 29073.000347 Invoice No. EB016160 Date 01/26/2007

| HUNTON & WILLIAMS LLP | | INVOICE: | EB016160 |
|---|---|---|---|
| CLIENT NAME: | GEORGIA PACIFIC LLC | DATE: | 01/26/2007 |
| FILE NUMBER: | 29073.000347 | PAGE: | 19 |

FOR COSTS ADVANCED AND EXPENSES INCURRED

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 263.40 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: EB019783
DATE: 02/14/2007

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending January 31, 2007 per the attached itemization:

### CURRENT INVOICE SUMMARY

**RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

**FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200**

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File # 29073.000347, Invoice # EB019783

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 319.20 |

**TOTAL CURRENT EXPENSES ($)**

INVOICE SUMMARY

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**


HUNTON&
WILLIAMS

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY-REMITTANCE PAGE

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER:       29073.000347
INVOICE NUMBER:    EB022474
DATE:              03/12/2007

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending February 28, 2007 per the attached itemization:

## CURRENT INVOICE SUMMARY:

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File # 29073.000347 or Invoice Date/Number

| HUNTON & WILLIAMS LLP | | INVOICE: | EB022474 |
|---|---|---|---|
| CLIENT NAME: | GEORGIA PACIFIC LLC | DATE: | 03/12/2007 |
| FILE NUMBER: | 29073.000347 | PAGE: | 12 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 7,011.70 |

**TOTAL CURRENT EXPENSES ($)**

INVOICE SUMMARY:

Current Fees:
Current Charges:
**CURRENT INVOICE AMOUNT DUE:**



**HUNTON&
WILLIAMS**

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

**INVOICE SUMMARY**

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER: 29073.000347
INVOICE NUMBER: EBR030896
DATE: 06/01/2007

| CLIENT NAME: | GEORGIA PACIFIC LLC |
|---|---|
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending April 30, 2007 per the attached itemization:

**CURRENT INVOICE SUMMARY:**

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3760627, Date: 06/01/2007

## TIME SUMMARY BY TASK CODE:

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|
| | | | |

## FOR COSTS ADVANCED AND EXPENSES INCURRED:

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 786.50 |

**TOTAL CURRENT EXPENSES ($)**

## INVOICE SUMMARY:

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



# HUNTON& WILLIAMS

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER:      29073.000347
INVOICE NUMBER:   EB050271
DATE:             10/04/2007

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending May 31, 2007 per the attached itemization:

## CURRENT INVOICE SUMMARY

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3788908, Date: 10/04/2007

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| | | |
| E118 | Litigation Support Vendors | 1,004.40 |

**TOTAL CURRENT EXPENSES ($)**

INVOICE SUMMARY

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**



**HUNTON&**
**WILLIAMS**

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

## INVOICE SUMMARY

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

FILE NUMBER:      29073.000347
INVOICE NUMBER:   EB050270
DATE:             10/04/2007

| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending June 30, 2007 per the attached itemization:

## CURRENT INVOICE SUMMARY

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA  30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank: Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3788907, Date: 10/04/2007

| HUNTON & WILLIAMS LLP | | INVOICE: | EB050270 |
|---|---|---|---|
| CLIENT NAME: | GEORGIA PACIFIC LLC | DATE: | 10/04/2007 |
| FILE NUMBER: | 29073.000347 | PAGE: | 12 |

## TIMEKEEPER SUMMARY

| TIMEKEEPER | STATUS | HOURS | RATE | VALUE |
|---|---|---|---|---|

## TIME SUMMARY BY TASK CODE

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|

## FOR COSTS ADVANCED AND EXPENSES INCURRED:

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 214.90 |

**TOTAL CURRENT EXPENSES ($)**



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
TEL 804-788-8200
FAX 804-788-8218

EIN: 54-0572269

**INVOICE SUMMARY**

GEORGIA-PACIFIC CORPORATION
LAWINV GA030-4200
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-1847

| | |
|---|---|
| FILE NUMBER: | 29073.000347 |
| INVOICE NUMBER: | EB050887 |
| DATE: | 10/10/2007 |

| | |
|---|---|
| CLIENT NAME: | GEORGIA PACIFIC LLC |
| BILLING ATTORNEY: | THOMAS G. SLATER, JR. |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending August 31, 2007 per the attached itemization:

**CURRENT INVOICE SUMMARY**

RE: (H&W # 29073.000347, Client's # LD2005000152) VON DREHLE CORPORATION

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

---

**TO RECEIVE PROPER CREDIT, PLEASE ATTACH REMITTANCE COPY WITH PAYMENT.**

FOR BILLING INQUIRIES, PLEASE CALL: 804-788-8200

To Pay By Mail:
HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA, GA 30384-5759

To Pay by Wire Transfer or ACH:
Bank: SunTrust Bank, Richmond, VA
Account Name: Hunton & Williams Operating
Account Number: 001458094
ABA Transit: 061000104
Swift Code (International): SNTRUS3A
Instructions to Bank:  Give an immediate telephone advice to Michelle Baughan, 804-787-8037.
Information with Wire: File: 29073.000347, Inv: 3799628, Date: 10/10/2007

HUNTON & WILLIAMS LLP
CLIENT NAME:      GEORGIA PACIFIC LLC
FILE NUMBER:      29073.000347

INVOICE:      EB050887
DATE:          10/10/2007
PAGE:          6

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|

**FOR COSTS ADVANCED AND EXPENSES INCURRED**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E118 | Litigation Support Vendors | 1,924.80 |

**TOTAL CURRENT EXPENSES ($)**

**INVOICE SUMMARY:**

Current Fees:
Current Charges:

**CURRENT INVOICE AMOUNT DUE:**

| Date | Amount | Prod. Dates | Corresponding Production |
|---|---|---|---|
| 4/20/2006 | $150.84 | 4/7/2006 | VD's 1st Requests for Production -- Subsequent loading of docs to databse through 5/1/06 |
| 5/18/2006 | $182.60 | 5/10/2006 | GP's 1st Production followed by loading of docs to database through 5/10/06 |
| | | 5/24/2006 | GP's 2nd document production followed by loading of docs to database through 6/6/06 |
| 7/5/2006 | $4,943.32 | 6/13/2006 | GP's 3rd Production |
| 7/19/2006 | $1,641.60 | 6/29/2006 | VD's 2nd request for production |
| 8/11/2006 | $5,145.60 | 7/14/2006; 7/18/06 & 7/24/06; 7/31/2006 | VD's 3rd request for production; GP's 4th Production and reproduction of previously illegible documents followed by loading of docs to database 7/21/06 - 7/31/06; GP's 5th Production |
| 9/21/2006 | $1,709.40 | 8/10/2006; 8/16/2006; 8/18/2006; 8/21/2006; 8/25/2006 | GP's 6th Production; GP's 7th Production; VD's 4th request for production; GP's 8th Production followed by loading of docs to database 8/22/06 - 8/23/06; VD's 5th request for production |
| 10/17/2006 | $4,196.74 | 9/6/2006; 9/18/2006; 9/20/2006; 9/27/2006 | GP's 9th Production followed by loading docs to database 9/18/06 & 9/20/06; VD's 6th request for production; GP's 10th Production followed by loading docs to database 9/21/06; GP's 11th Production followed by loading docs to database 10/5/06 - 10/23/06 |
| 11/21/2006 | $6,225.34 | 10/11/2006; 10/27/2006 | VD's 7th Request for Production; VD's 8th Request for Production |
| 12/7/2006 | $138.24 | 11/10/2006 | VD's 9th Request for Production |
| 1/26/2007 | $263.40 | 1/9/2007 | GP's 12th Production |
| 2/14/2007 | $319.20 | 2/7/2007 | VD's 10th Request for Production |
| 3/12/2007 | $7,011.70 | Mar-07 | GP's Supplemental Document Production |
| 6/1/2007 | $786.50 | 4/17/2007 | VD's 11th Request for Production |
| 10/4/2007 | $1,004.40 | 9/5/2007 | GP Supplemental Production -- GAPAC00054718 |
| 10/4/2007 | $214.90 | 9/5/2007 | GP Supplemental Production -- GAPAC00054718 |
| 10/10/2007 | $1,924.80 | 9/5/2007 | GP Supplemental Production -- GAPAC00054718 |
| Total: | $35,858.58 | | |