UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GEORGIA PACIFIC CONSUMER )
PRODUCTS, LP, )
               Plaintiff, )
                                  ) **JUDGMENT**
v. ) **NO. 5:05-CV-478-BO**
                                  )
VON DREHLE CORPORATION, )
              Defendant. )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, US District Court Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, and DECREED** that the jury verdict in this matter [DE 319] is REINSTATED. Plaintiff's renewed Motion for Permanent Injunction [DE 374] is GRANTED. A permanent injunction is hereby ENTERED. Plaintiff's renewed Motion for Reasonable Attorneys' Fees, Pre-Judgment Interest, and Treble Damages [DE 383] is GRANTED. Plaintiff is awarded $2,225,782.35 in attorneys' fees, $204,450 in pre-judgment interest, and $2,374,293 in damages. Post-judgment interest shall accrue pursuant to 28 U.S.C. §1961(a). Plaintiff's renewed Bill of Costs, in the amount of $82,758.16, is ALLOWED.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Defendant's Motion to Stay [DE 372] is DENIED. Defendant's Motion for Attorneys' Fees [DE 355] is DENIED AS MOOT. Defendant's Motion for Bill of Costs [DE 357] is DENIED AS MOOT. Defendant's Motion for an Extension of Time [DE 379] is DENIED AS MOOT. The clerk shall close this file.

**This Judgment was filed and entered on July 29, 2013, and copies were delivered to:**

Douglas Kenyon (electronically via CM/ECF)
John Maynard (electronically via CM/ECF)
R. Dennis Fairbanks (electronically via CM/ECF)
William Carpenter (electronically via CM/ECF)
Michael Thomas (electronically via CM/ECF)
Lee Whitman (electronically via CM/ECF)

DATE                                             JULIE A. RICHARDS, CLERK
July 29, 2013                             /s/ Macy B. Fisher
                                                (By) Macy B. Fisher, Deputy Clerk

