IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:05-CV-478-BO

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP,<br><br>          Plaintiff,<br><br>v.<br><br>VON DREHLE CORPORATION,<br><br>          Defendant. | O R D E R |

This cause comes before the Court on the von Drehle's consent motion for entry of an order clarifying the parties' rights and responsibilities with regard to the money damages portion of the judgment entered July 29, 2013 [DE 413]. This motion concerns the obligations of the parties in the event that further proceedings in the Fourth Circuit or the Supreme Court reduces or eliminates von Drehle's monetary obligations. The Supreme Court having denied von Drehle's petition for writ of certiorari by order entered October 7, 2013, von Drehle would not be entitled to the relief requested in its motion, and the motion is therefore DENIED AS MOOT.

SO ORDERED, this __24__ day of October, 2013.

                                                  TERRENCE W. BOYLE
                                                  UNITED STATES DISTRICT JUDGE